UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM WATKINS,

    Defendant.

_____/

Hon. Phillip J. Green

Case No. 1:23-mj-0106

## ORDER

Defendant appeared before the undersigned judicial officer on March 14, 2023, with appointed counsel. After being advised of his rights, Defendant knowingly and voluntarily waived his right to an identity hearing, and he elected to conduct the preliminary revocation hearing and bond hearing in the Eastern District of Michigan.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending transport to the Eastern District of Michigan.

DONE AND ORDERED on March 14, 2023.

   /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge